# United States District Court

FILED
APR 21 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

v.

JOHN JENNINGS, II

CRIMINAL COMPLAINT

CASE NUMBER: 3:06mj40-SRW

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 15__ in __Tallapoosa__ county, in the __Middle__ District of __Alabama__ defendant(s) did, (Track Statutory Language of Offense)

**using the mail and any facility and means of interstate commerce, knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in sexual activity for which a person can be charged with a criminal offense, and attempted to do so**

in violation of Title __18__ United States Code, Section(s) __2422(b)__.

I further state that I am a(n) __Postal Inspector__ and that this complaint is based on the following facts:
Official Title

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

April 21, 2006                                    at    Montgomery, Alabama
_____                         _____
Date                                              City and State

**Susan Russ Walker, U.S. Magistrate Judge**           _____
Name and Title of Judicial Officer                  Signature of Judicial Officer

## AFFIDAVIT

I, Jeffrey L. Arney, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. I, Jeffrey L. Arney, am an Inspector with the United States Postal Inspection Service assigned to the Atlanta Division, domiciled in Birmingham, Alabama. I have been so employed since August, 2004. Prior to my appointment as a Postal Inspector, I was employed as a detective with the Greensboro (NC) Police Department for over thirteen years. During a part of my tenure with the Greensboro (NC) Police Department, I was assigned to the Child Victim Unit and was responsible for the investigation of physical child abuse, child neglect and the sexual exploitation of children.

2. As a United States Postal Inspector, I am currently responsible for the investigation of Federal offenses involving the alleged use of the United States Mail or any facility or means of interstate or foreign commerce to sexually exploit children. I have received training in how to conduct investigations of offenses relating to child pornography and the sexual exploitation of minors, as well as specialized instruction on how to conduct investigations of offenses relating to child sexual exploitation and child pornography that involve use of the United States Mails and the use of computers in interstate commerce. The specialized training I have received also includes various courses on the recovery of digital evidence located on computers and other similar electronic data storage devices, the exploitation of children involving the use of the Internet, and the behavioral analysis on the child sex offender.

3. I have probable cause to believe that a violation of Title 18, United States Code, Section 2422(a) and (b) involving the use of the United States Mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States, to persuade, induce, entice, or coerce any individual who has not attained the age of 18 years to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so, Title 18, United States Code, Sections 2423(a) and (e), transportation of a minor in interstate commerce for the purpose of engaging in any illicit sexual conduct with another person, or attempt to do so, (a) Title 18, United States Code, Section 2243(a) engages in a sexual act with another person who has attained the age of 12 years but has not attained the age of 16 years; and is at least four years younger than the person so engaging, or attempts to do so have been violated by Johnnie Lee Jennings II.

4. On March 6, 2006, Lt. William J. Hough of the Tallapoosa County (AL) Sheriff's Department, received a complaint regarding messages and emails received by a complainant posing as a minor female child from an individual identified as John Jennings. Lt. Hough instructed the complainant to introduce him as a friend, purporting to be another minor female child, to Jennings and discontinue any communication with him.

5. Lt. Hough established an undercover identity as a purported 13-year-old female child named "Kathy Montgomery." He subsequently received an email from an individual identified as John Jennings on March 13, 2006, with an email address of pastorpcl@texas.usa.com. The contents of the email pertained to the previous communication between Jennings and the complainant's persona of a minor female child.

1

6. On March 14, 2006, Lt. Hough, operating in an undercover capacity, sent an email to pastorpcl@texas.usa.com stating his persona's age to be 13 years old.

7. On March 14, 2006, Lt. Hough received an email from pastorplc@texas.usa.com, signed "John" and the sender identified himself as being born on September 27, 1983 in New Orleans, LA.

8. On March 15, 2006, an email was received from pastorplc@texas.usa.com. The following are excerpts from that email:

> "Do you want to be with me cause the right this is going I don't think Tiff (the complainant's persona) Loves me any more."

> "Also Kathy will you be my girl"

> "So if Tiff won't contact me by friday at 11PM will you be my girl?"

9. On March 15, 2006, Lt. Hough, operating in an undercover capacity, sent another email to pastorpcl@texas.usa.com which stated his persona's age to be 13 years old.

10. On March 16, 2006, an email message was received by Lt. Hough from pastorpcl@texas.usa.com. The following is an excerpt of that email:

> "Hun I don't care if you are 13 I want you to be happy and loved also we will date only if Tiff don't love me no more Kathy."

11. On March 16, 2006, a second email message was received by Lt. Hough from pastorpcl@texas.usa.com. The following are excerpts from that email:

> "Kathy hun you know I love you and I will make sure I will make you a happy girl friend."

> "I promise to make you breakfast in bed everyday and give you back massages neck and foot and any other part of your body that whats to be massaged. I will not have sex wit you untill you are ready love."

> "I will give you money when you live with me so you can buy your stuff. and yes I will go into female stores so I can help you choose your sexy outfits. and you can do the same for me. I will even help you choose your sexy bra's and g-string thongs and do you like your outfits to be short and tight. I want to know so when you move in wit me real soon I know what I am getting into wit you love."

> "and yes I will take showers and baths wit you love."

12. On March 17, 2006, an email message was received by Lt. Hough from pastorpcl@texas.usa.com. The following are excerpts from that email:

2

> "Baby I will send you money so you can come home to me. When you ready I will go as far as buying you a bus ticket just to have you home with me Kathy."

> "and I will start a family wit you when you are ready for sex..."

> "and the more and more you get closer back to me the more GOD shows me visions of you and all of our daughters. Honey I want to name our first daughter after your mum, the 2nd one after you and the 3rd after me."

13. On March 17, 2006, Lt. Hough, operating in an undercover capacity, sent an email to pastorpcl@texas.usa.com which stated his persona's age was 13 years old with a birthday of November 19, 1992.

14. On March 17, 2006, Lt. Hough received another email message from pastorpcl@texas.usa.com. The following are excerpts from that email:

> "Kat my love when you move in with me soon do you want me to take you shoping so me and you can choose your sexy g-string thongs and your sexy tight and short outfits? You know I won't mind. And will you sleep in the same with me even if we don't have sex? and will you let me wash your hair and take showers or baths wit you?"

> "But remember for sex I want push you untill you are ready for sex. But you can sleep naked wit me if you want but if u don't want to thats cool wit me remeber I will never push you into things you don't want to do."

> "Hun look if you want to have sex we will take it slow. We have a long time to think about haveing kids. But if you ready for kids just let me know I know I am ready you just have to be ready."

> ".. I know you are really tense and I need to relax you hun."

15. In a response to the aforementioned email received on March 17, 2006, Lt. Hough sent an email to pastorpcl@texas.usa.com stating his persona's age as 13 years old.

16. On March 17, 2006, Lt. Hough received another email message from pastorpcl@texas.usa.com. The following are excerpts from that email:

> "Kat hun look you don't have to tell your mom but what if she puts out an Amber search on you what will we do. or you going to tell her when you move in wit me using a my cell when I have it turn back on or you can use my friends it's comes up as unknow caller and Unknown number. and hun I will pay for your bus ticket to come home to me. How will you get to the

3

greyhound station. I will pay for the bus ticket and before you leave I will tell you of all the information..."

"my birthday is 9-27-1983 I am 22."

"Well babe I love you and I miss you I sure hope you are going to bringing your computer with you so your mom can't track it down do you have a pc or lap top?"

17. On March 18, 2006, Lt. Hough received an email message from pastorpcl@texas.usa.com. The following are excerpts from that email:

"and when you do ride greyhound to me do you have a state ID so you can board the bus to come home to me and be my girl for the rest of your life? and do you have a western union by you so I can send you the money for the bus. Also what city will you be leaving from and how are you going to get to the Greyhound station by you. I need to know all this so I know what I have to do to get you home. I will send you money though western union all I need is your address."

"Well hun I am shock to know you are ready to start a family wit me. Hun I promise to make a wonderful husband and father to our kids and most of all I will teach you on how to kiss, and how to suck my cock. hun do you want to have sex wit me everday or what? Will you take showers and baths with me. I will kiss you I will suck your nipples I will put my fingers in your pussy I will then take my tounge and put it in your pussy and eat your pussy out. and then you can suck my huge cock and then I will then eat ur pussy again then I will place my cock inside your pussy and I will fuck you as hard as you want and we will go for hours. you know when I fuck you in your sexy wet pussy I will make sure you feel good at it."

"...please bring your computer so your mom don't know where you at. Or you can delete your account and take off yahoo messeger and any other programs you might have. Now if you own your computer let me know so you can ship it to me by fed ex. Do you have a PC or Lap Top KAt love? Hun you know I will pay for bus ticket?"

18. On March 18, 2006, Lt. Hough sent an email message to pastorpcl@texas.usa.com stating his persona's age to be 13 years old.

19. On March 18, 2006, Lt. Hough received another email message from pastorpcl@texas.usa.com. In this email, the sender provided explicit instructions on erasing the memory and other data stored on the purported 13-year-old minor's computer and stated, "I hope no one will find you." Additionally, the sender provided instructions on writing a letter to the purported minor's mother, explaining the reasons for leaving. The following are excerpts from that email regarding possible sexual activity between the sender of the email, the purported minor child, and other minors:

4

"Hun look I am happy that you will have sex with me but when it hurts let me know so you don't feel used and abused Kat my love and I will slow down or stop what ever you want. You are my sparkle Princess Angel. Hun if you want you can give me your address now?"

"Hun it's ok if you never seen any one have sex before I can teach you cause I know we will betogher for life."

"I can't wan't to help you wash your sexy sparkle hair and body."

"Well the last girl I had before she went to another state was 13 her name was hanna but she was not as sexy as you."

20. On March 18, 2006, Lt. Hough responded by providing an undercover mailing address for the purported 13-year-old minor female child to the email address of pastorpcl@texas.usa.com.

21. On March 18, 2006, Lt. Hough received a third email message from pastorpcl@texas.usa.com. The following are excerpts from that email:

"I want to hold you I want to make love to you I want to do all thoses sexy things to turn you on."

"and yes you can always wear those sexy outfits for me with your thongs The more sexier your outfit and the more tighter your outfit and the more skin you show the more I will make love to you…"

22. Several emails were exchanged between Lt. Hough and the user of the email address pastorpcl@texas.usa.com, believed to be John Jennings. The email content consisted of Jennings providing instructions on where, when and how the purported 13-year-old was to meet with him in Montgomery, AL for the purposes of traveling to and residing with him in Houston, TX.

23. On March 19, 2006, Lt. Hough received an email message from pastorpcl@texas.usa.com. The following are excerpts from that email:

"And will you have sex wit me on April 20, 06 on our 1 month Anniversy."

"And what will you wear to bed for me. and can I have sex with you like crazy."

24. On March 20, 2006, Lt. Hough received an email message from pastorpcl@texas.usa.com. The following are excerpts from that email:

"Kat do you love to wear gold, what ring size do you wear, what size thong, what size booty shorts and pants do you wear, what size is your shirt size, what size is your mini skirt, what size boobs do you have. Babe do you like your outfits short and tight, and what type of thongs and

5

outfits do you love to wear. Also please tell me what you love to do and I will also love to know when do you want to have sex? I want to have it on April 20 on our annversy. I will love to have sex with you on the very first day you move in with me that very night at the hotel."

25. On March 20, 2006, Lt. Hough received a second email message from pastorpcl@texas.usa.com. The following is a excerpt from that email:

"Also when I come and pick you up do you want to have sex in our hotel room?"

26. On March 21, 2006, Lt. Hough received an email message from pastorpcl@texas.usa.com regarding activities planned for a meeting of John Jennings and the purported 13-year-old in Montgomery, AL. The following is an excerpt from that email:

"If you want to sleep all day and be naked let it be. But I will teach you on how to have sex. and we will have sex for hours. I will also help you wash your hair and body and you can do the same for me. When we are at the hotel we can both be naked all the time."

27. Several emails were exchanged between Lt. Hough and the user of the email address pastorpcl@texas.usa.com. The content of these emails consisted of making plans for the purported 13-year-old minor female child to travel, via bus, from Montgomery, AL to Houston, TX where she will be met by John Jennings.

28. On March 25, 2006, Lt. Hough received an email message from pastorpcl@texas.usa.com. The following is an excerpt from that email:

"Ok Kat with the sex part I will have sex with you on April 20 when you get into houston, tx on April 20 at 3:45PM. Okm hun look I will teach you on how to have sex with me. Kathy look I will not get mad at you if you don't do a good job at sex. remember the more we do it the better you will become. Rember no one is perfect the first time they have sex. I will never get mad at you when you not good at sex. we will take it slow and go on from there."

29. On March 28, 2006, an envelope, postmarked on March 22, 2006 from Houston, TX, was delivered through the US Mail to an undercover address in Dadeville, AL for "Kathy Montgomery." The return address on the envelope was Pentecostal Christian Center, Pastor John Jennings, 823 Ramada Drive, Houston, TX 77062-5607. The envelope contained a hand-written letter signed by John Jennings, a photograph with the inscription "Kathy to my wonderful wife I love you and miss you love you husband John Jennings, dated July 05" on the back of the photograph, and a five dollar bill in US Currency. The hand-written letter consisted of plans for Jennings to travel to Montgomery, AL to meet the purported 13-year-old minor female child and transport her back to Houston, TX. At the time the letter was received, other arrangements had been made through email correspondence for the travel of the purported minor female child to Houston, TX.

6

30. On April 1, 2006, Lt. Hough received an email message from pastorpcl@texas.usa.com. The following are excerpts from that email:

"also Kat will you also wear short tight outfits and g-string thongs for me baby doll? I hope you do love. When we get our own place and out of my mom's I want you to walk around naked with me. and yes I will teach you on how to have sex. and if you want we will take showers and baths together and yes I will lick your pussy and your tits and kiss you and you can kiss me and suck my cock. and when no one is home I will have sex wit you. But I will love to have a hard on when I sleep wit you and take showers or baths wit you. and yes you can cuddle up next to me as much as you want. Hun do me a favor bring your computer so no one can track you down. but when you do bring it you will need to place it in a box. that way your folks can't find you. I talk to some police and they said all they have to do is go into the enternet provider and get all the info but they can only do that if the computer is there. I ask them what if the computer is wit me can people track it down they said no. cause they nothing they can do. So bring you computer love."

"But remember i want you to dress with tight outfits g-stirng thongs and short outfits and skin tight outfits. For now you can wear panties but remember you can wear a long t-shirt with no bra or panties on when you sleep with me at moms.and when we get our place you can be naked. and I will wear my boxers so in the middle of the night you can place your hand in my boxers and make me a happy husband. and then I will place my hand on your pussy after I lift up your long t-shirt."

31. On April 15, 2006, Lt. Hough received an email message from pastorpcl@texas.usa.com which consisted of information on a bus ticket purchased for the purported 13-year-old minor female child to travel from Montgomery, AL to Houston, TX. The email contained a ticketing confirmation number, route schedule, directions from the purported minor's residence in Dadeville, AL to the bus terminal in Montgomery, AL. Johnny Jennings identified himself as the purchaser of the bus ticket and provided contact information for himself in the event of any "problems" encountered by the purported minor. According to the schedule provided by Jennings, the purported minor is due to arrive in Houston, TX on April 25, 2006 at approximately 10:10 AM, where she will be met by Jennings at the bus terminal.

32. On April 17, 2006, Lt. Hough received an email message from pastorpcl@texas.usa.com consisting of instructions to the purported 13-year-old minor female child on using an older friend or acquaintance to compose a letter indicating the purported minor's mother did not wish to maintain custody or care for her "daughter."

33. On April 20, 2006, the aforementioned letter was composed by Lt. Hough and mailed, via US Mail, to John Jennings, 1516 Bay Area Blvd., #P22, Houston, TX 77062. Additionally, Lt. Hough confirmed a bus ticket for "Kathy Montgomery" had been purchased by John Jennings and would be

7

available at the "will-call" window on April 24, 2006. The ticket purchased was for transportation of Kathy Montgomery from Montgomery, AL to Houston, TX.

34. From information obtained within many of the emails sent by pastorpcl@texas.usa.com from March 13, 2006 through April 17, 2006, which included name variations, addresses, email addresses, web sites addresses, telephone numbers, etc., pastorpcl@texas.usa.com was identified as the following individual:

| | |
|---|---|
| Name: | Johnny Lee Jennings II |
| Date of Birth: | September 27, 1983 |
| Social Security No. | 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 |

Photographs located on various websites associated with pastorpcl@texas.usa.com and other identifiers listed above, were of the same individual in the photograph referred to in the mailing received by Lt. Hough, mailed via the US Mail, on March 28, 2006.

35. Based on the information above, I have probable cause to believe that a violation of Title 18, United States Code, Section 2422(a) and (b) involving the use of the United States Mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States, to persuade, induce, entice, or coerce any individual who has not attained the age of 18 years to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so, Title 18, United States Code, Sections 2423(a) and (e), transportation of a minor in interstate commerce for the purpose of engaging in any illicit sexual conduct with another person, or attempt to do so, and Title 18, United States Code, Section 2243(a) engages in a sexual act with another person who has attained the age of 12 years but has not attained the age of 16 years; and is at least four years younger than the person so engaging, or attempts to do so have been committed by Johnnie Lee Jennings II.

_____
Jeffrey L. Amey
United States Postal Inspector


SWORN TO AND SUBSCRIBED BEFORE ME
THIS __21st__ DAY OF APRIL 2006.

_____
US Magistrate Judge
Middle District of Alabama

8