# Memorandum

| Subject | Date |
|---|---|
| Issuance of Arrest Warrant and Limits of Punishment U.S. v JOHN JENNINGS, II | April 21, 2006 |

| To | From |
|---|---|
| Debra P. Hackett, Clerk U.S. District Court Middle District of Alabama | Susan R. Redmond Assistant United States Attorney |

## LIMITS OF PUNISHMENT

<u>Count 1: 18 USC 2422(b)</u>
NMT $250,000 or twice gross loss to victim or twice gross gain to defendant, whichever is greatest;
NLT 5Y, NMT 30Y or Both;
NMT LIFE SUP REL;
$100 AF; VWPA

## ESTIMATED TRIAL TIME: 2 DAYS