FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

MAY - 2 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 3:06cr126-WHA |
| | ) [18 USC 2422(b)] |
| JOHN JENNINGS, II | ) |
| | ) |
| | ) INDICTMENT |

The Grand Jury charges:

## COUNT 1

From on or about January 1, 2006, to April 25, 2006, more exact dates being unknown to the Grand Jury, in Tallapoosa, Alabama, within the Middle District of Alabama, the defendant,

JOHN JENNINGS, II,

did, using the mail and any facility and means of interstate and foreign commerce, knowingly persuade, induce, entice, and coerce an individual who has not attained the age of 18 years, to engage in a sexual activity for which a person can be charged with a criminal offense, and attempt to do so, in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
Susan R. Redmond
Assistant United States Attorney