IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR NO.   3:06CR126-WHA |
| ) | |
| JOHN JENNINGS, II ) | |

## ORDER TO PRODUCE PRISONER
## FOR ARRAIGNMENT

TO:   The United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for **May 17, 2006** in the above-styled cause.

You are **DIRECTED** to produce the following named prisoner:

**JOHN JENNINGS, II**

before the United States District Court at Montgomery, Alabama in **Courtroom 5-A** on the **17TH** day of **May, 2006** at **10:00 o'clock a. m**.

**DONE** this 3rd day of May, 2006.

VANZETTA P. MCPHERSON
UNITED STATES MAGISTRATE JUDGE

By: _____
Deputy Clerk

cc:   U.S. Attorney
      U.S. Pretrial Services
      U.S. Probation

*5/15/06 Unexecuted. Will notify when he arrives in district.*