

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK

MICHAEL N. MILBY
CLERK

RECEIVED

2006 MAY 15 A 9: 33

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

DATE:   May 10, 2006

TO:   Clerk, U. S. District Court
Middle District of Alabama
P. O. Box 711
Montgomery, Alabama, 36101-0711

From:   M. Lerma, Deputy Clerk

Case No. CR H-06-296M

Your Case No. 3:06MJ40-SRW

USA vs John Jennings, III

Enclosed please find all papers pursuant to Rule 5 of the Federal Rules of Criminal Procedure:

[x]   File (including minutes, orders, etc.)

[]   Bonds (Any cash deposited in the Registry will be forwarded under separate cover)

[ ]   Passports

[]   Other:

[ x ]   Please sign and return a copy of this form in the enclosed envelope.

Rec'd By: _____

Date: _____

cc:   Finance Section (if cash deposited in the Registry)

AO 94 (Rev. 8/97) Commitment to Another District

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
5-4-06
MICHAEL N. MILBY
BY DEPUTY

# UNITED STATES DISTRICT COURT

__Southern__ District of __Texas__

| UNITED STATES OF AMERICA<br>V.<br>JOHN JENNINGS, III | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
|  | 3:06MJ40-SRW | CR-H-06-296M |  |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment   ☐ Information   X Complaint   ☐ Other (specify)

charging a violation of    18    U.S.C. § 2422(b)

**DISTRICT OF OFFENSE**

Middle District of Alabama - Montgomery

**DESCRIPTION OF CHARGES:**

using the mail and any facility and means of interstate commerce, to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in sexual activity for which a person can be charged with a criminal offense, and attempted to do so

**CURRENT BOND STATUS:**

  Bail fixed at  ·  ·/    deposit   and conditions were not met
  Government moved for detention and defendant detained after hearing in District of Arrest
X Government moved for detention and defendant detained pending detention hearing in District of Offense
  Other (specify)   Government withdraws motion for detention (detainer on Deft)

| Representation: | Retained Own Counsel | Federal Defender Organization | X CJA Attorney | None |
|---|---|---|---|---|
| Interpreter Required? | X No | Yes | Language: | |

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

5/4/06
Date                    United States Judge or Magistrate Judge

TRUE COPY I CERTIFY
ATTEST:
Michael N. Milby, Clerk of Court
Paul A. [signature]
Deputy Clerk

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
|  |  |  |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
|  |  |  |

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 H

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
5-5-06
MICHAEL N. MILBY, CLERK
DEPUTY

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __Texas__

UNITED STATES OF AMERICA

v.

__Johnlee Jennings II__
Defendant

WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint/Indictment)

CASE NUMBER: __H-06-296M__

CHARGING DISTRICTS
CASE NUMBER: _____

I understand that charges are pending in the __Middle__ District of __Alabama__ alleging violation of __18 USC 2422(b)__ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

X (2) an identity hearing to determine whether I am the person named in the charges;
    _I request that a ~~Detention~~ of Detention Hearing be held in the middle district of Alabama_

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ) identity hearing

( ) preliminary hearing

(X) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

__John Jennings II__
Defendant

__5/4/06__
Date

__[signature]__
Defense Counsel

TRUE COPY I CERTIFY
ATTEST:
Michael N. Milby, Clerk of Court
By: Mercedes P. Lerma
Deputy Clerk

77magin.cr (11/22/91)

## COURTROOM MINUTES:

- [ ] INITIAL APPEARANCE
- [x] IDENTITY
- [ ] BOND HEARING
- [ ] PRELIMINARY HEARING
- [x] DETENTION HEARING
- [ ] COUNSEL DETERMINATION HEARING
- [ ] HEARING CONTINUED ON _____

THE HONORABLE **CALVIN BOTLEY**, Presiding
Deputy Clerk: Paul A. Yebernetsky
VIERO/Tape No: _____
INTERPRETER PRESENT [x] No [ ] Yes

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED **5-4-06**
MICHAEL N. MILBY, Clerk
OPEN: **2:13**  ADJOURN: **2:20**
[x] Other District [ ] Division  **M.D. Alabama Montgomery**
Case No. **3:06 MJ 40-SRW**

CRIMINAL NO. **H-06-296M**  DEFT No. _____  USDJ _____

UNITED STATES OF AMERICA
vs
**JOHN JENNINGS, II**

§ § § § § § §

_____, AUS
**Ronald Green** [ ] kgnddaty.

Counsel for Defendants Appt - (A), Retd - (R), FPD - (

- [ ] kars..... Date of arrest: _____ or [ ] karsr40
- [x] kia..... Deft first appearance. Deft advised of rights/charges [ ] Probation violator
- [ ] ....... [x] Deft [ ] MW [ ] _____ appeared [x] with [ ] without counsel.
- [ ] ....... Requests appointed counsel.
- [ ] kfinaff... FINANCIAL AFFIDAVIT executed.
- [ ] koapptpd.. Order appointing Federal Public Defender.
- [ ] k20appt... Private Counsel appointed, _____
- [ ] ....... Deft advises he will retain counsel. He retained _____
- [ ] ko.(brd).. Bond [ ] set $_____  [ ] Cash [ ] Surety [ ] 10% [ ] PR for [ ] Unsecured
- [ ] ....... Surety signatures required _____
- [ ] kodtm.... No bond set at this time, 10 day DETENTION ORDER entered.
- [ ] kodtm.... ORDER OF TEMPORARY DETENTION PENDING HEARING entered.
- [ ] kodtm.... ORDER OF DETENTION PENDING TRIAL entered.
- [ ] kocondrls.. Deft advised of conditions of release.
- [ ] kbnd..... BOND EXECUTED, [ ] BOND CONTINUED ( [ ] State Authorities. [ ] INS )
- [x] kloc.(LC) [x] Deft [ ] MW REMANDED to CUSTODY.
- [x] ko...... Deft ORDERED REMOVED to Originating District. **M.D. Alabama, Montgomery**
- [x] kwvprl... WAIVER of [ ] Preliminary  WAIVER of [ ] Detention  [x] kwvr40hrg.... Waiver of Rule 40 Hearing
- [ ] ....... Court finds PROBABLE CAUSE [ ] ID [ ] PC.
- [ ] karr.... Arraignment set _____  [ ] kdtnhrg. Detention Hearing set _____
- [ ] kprlxm... Preliminary set _____  [ ] kbndhrg. Bond Hearing set _____
- [ ] krmknn... Counsel Determination Hearing set _____
- [ ] krmvhrg.. Identity/Removal Hearing set _____
- [ ] ....... Deft failed to appear. Oral ORDER for ISSUANCE OF BENCH WARRANT. Bond FORFEITED. (kloc./LR)
- [x] ....... See reverse for additional proceedings and attorneys addresses. **And Preliminary**

**Deft requests that detention hearing be held in Alabama**

TRUE COPY I CERTIFY
ATTEST:
Michael N. Milby, Clerk of Court
By: Mercedes P. Lerma
Deputy Clerk

CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (Rev. 5/99)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER | |
|---|---|---|---|---|
| Southern/Tx/Houston | John Jennings II | | | |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER | |
| H06-296M | | | | |
| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) | |
| USA vs John Jennings, II | x Felony ☐ Petty Offense<br>☐ Misdemeanor ☐ Other<br>☐ Appeal ☐ Material Wit | x Adult Defendant ☐ Appellant<br>☐ Juvenile Defendant ☐ Appellee<br>☐ Other ☐ Material Witnesses | 63 | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged.
18 USC 1422 (b)

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix)
AND MAILING ADDRESS

Ronald Green
3401 Louisiana, Ste 105
Houston, TX 77002

Telephone Number  713-526-0166

United States Courts
Southern District of Texas
FILED
APR 28 2006
Michael N. Milby, Clerk

13 COURT ORDER
x O Appointing Counsel     C Co-Counsel
☐ F Subs For Federal Defender     ☐ R Subs For Retained Attorney
☐ P Subs For Panel Attorney     ☐ Y Standby Counsel

Prior Attorney's Name: _____

☐ Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR
☐ Other (See Instructions)

*M. Leuma (Mag Botley)*
Signature of Presiding Judicial Officer or By Order of the Court

4-28-06
Date of Order     Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time of appointment. ☐ YES ☐ NO

14. NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions)

## CLAIM FOR SERVICES AND EXPENSES / FOR COURT USE ONLY

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15 | a. Arraignment and/or Plea | | | | | |
| | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| In Court | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (RATE PER HOUR = $         ) TOTALS: | | | | | |
| 16 | a. Interviews and Conferences | | | | | |
| Out of Court | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and other work (Specify on additional sheets) | | | | | |
| | (RATE PER HOUR = $         ) TOTALS: | | | | | |
| 17 | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18 | Other Expenses (other than expert, transcripts, etc.) | | | | | |
| | GRAND TOTALS (CLAIMED AND ADJUSTED): | | | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
FROM: _____ TO: _____

20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION

21. CASE DISPOSITION

TRUE COPY I CERTIFY
ATTEST:
Michael N. Milby, Clerk of Court
By: *Mercedes P. Leuma*
Deputy Clerk

22. CLAIM STATUS ☐ Final Payment ☐ Interim Payment Number _____ ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case? ☐ YES ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation? ☐ YES ☐ NO  If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney _____

## APPROVED FOR PAYMENT - COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT. |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | 28a. JUDGE/MAG JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | | DATE | 34a. JUDGE CODE |

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

IN UNITED STATES ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: U.S.A. v.s. JENNINGS
FOR: S.D.TX
AT: Ho. TX

LOCATION NUMBER: TXSH0

PERSON REPRESENTED (Show your full name): Johnny Lee Jennings II

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: CR-17-06-296M
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor
18:2422(b)

**EMPLOYMENT**
Are you now ☐ Yes ☒ No ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment: _____
How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS — OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: $100.00 / _____
SOURCES: _____ / _____ / _____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No  IF YES, state total amount $ 20.00

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: _____
DESCRIPTION: _____

**OBLIGATIONS & DEBTS — DEPENDENTS**
MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 1 Self
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Cell - Sprint | | $45.00 | $10.00 |
| Home phone - _____ | | $ | $ |
| Internet - AOL | | $ | $39.00 |
| _____ | | $ | $50.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 4/25/06

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ _____

TRUE COPY I CERTIFY
ATTEST:
Michael N. Milby, Clerk of Court
By: _____
Deputy Clerk

AO 470 (Rev 8/85) Order of Temporary Detention

CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED 4-26-06
MICHAEL N. MILBY, CLERK
BY DEPUTY

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __TEXAS__

UNITED STATES OF AMERICA

V.

JOHN JENNINGS

_____
*Defendant*

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

Case Number: H-06-296M

Upon motion of the __UNITED STATES GOVERNMENT__, it is ORDERED that a detention hearing is set for __5-2-06__ * at __10:00 A.M.__
                                                                *Date*                                *Time*

before __UNITED STATES MAGISTRATE JUDGE CALVIN BOTLEY__
              *Name of Judicial Officer*

__HOUSTON, TEXAS__
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____ ) and produced for the hearing.
                *Other Custodial Official*

Date: __4/26/06__                                          *[signed] Cal Botley*
                                                                            *Judicial Officer*

TRUE COPY I CERTIFY
ATTEST:
Michael N. Milby, Clerk of Court
By: *[signature] Mercedes P. Lemma*
              Deputy Clerk

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | MAGISTRATE NO. 06-246-M |
| JOHN LEE JENNINGS II | § | |

### GOVERNMENT'S MOTION AND MEMORANDUM FOR HEARING AND DEFENDANT'S PRETRIAL DETENTION

The United States of America, by Donald J. DeGabrielle, Jr., United States Attorney for the Southern District of Texas, and Martha Minnis, Assistant United States Attorney, moves for a detention hearing 1/ and pretrial detention of the defendant pursuant to Title 18 U.S.C. § 3142(e), as amended by the PROTECT ACT, effective April 30, 2003. The United States seeks this Order, because no condition or combination of conditions will reasonably assure the defendant's appearance as required or the safety of other persons and the community.2/ The defendant is charged by

---

1/ Under 18 U.S.C. § 3142(f)(1)(A), a judicial officer shall hold a detention hearing upon motion of the government in a case such as this, which involves an offense classified as a crime of violence, pursuant to 18 U.S.C. § 3156(a)(4)(C). 18 U.S.C. § 2422 and 2423 are offenses listed in Chapter 117.

2/ The government must prove by a preponderance of the evidence that no conditions of release reasonably will assure the defendant's appearance or prove by clear and convincing evidence that no conditions of release will assure the safety of the community. United States v. Himler, 797 F.2d 156, 161 (3d Cir. 1986).

1 TRUE COPY I CERTIFY
ATTEST:
Michael N. Milby, Clerk of Court
By: [signature]
Deputy Clerk

to entice/persuade/induce/coerce (or attempt to) a minor to engage in prohibited sexual conduct, in violation of Texas Penal Code 22.021. It also supports the charge that he was attempting to transport a minor for illegal sexual activities in interstate commerce.

  2. The evidence in this case is strong. It consists of the eyewitness testimony from law enforcement officers including the undercover agent, chat logs detailing the intent of the defendant, and physical evidence that arguably are direct evidence of the defendant's intent to engage in sexual activity with the minor who he enticed/induced/coerced/persuaded to travel in interstate commerce to meet him, for the purpose of engaging in sexual activity prohibited by state and federal law. The defendant gave agents his consent to search his residence but denied having a computer. He confessed to agents after his rights were read to him.

  3. The strength and nature of the case against the defendant and the corresponding probability that the defendant will be incarcerated for a significant period of time, establishes his danger to the community and increases the high risk that he will not appear as required by the Court.

B. <u>Maximum Penalties</u>

  1. The defendant is charged by criminal complaint with using a computer and the internet to entice, induce, coerce or persuade a minor under the age of 18 to engage in sexual activity or to attempt to do so, in violation of Title 18 U.S.C.§ 2422(a)

3

and § 2422(b). He is also alleged to have violated Title 18 U.S.C. § 2423(a) and (e) which is attempted transportation of a minor.

        2. For the 2422(a) violation there is a penalty of up to twenty (20) years imprisonment. There is a mandatory minimum term of imprisonment of five (5) years and a maximum sentence of thirty (30) years for a violation of Title 18 U.S.C. § 2422(b) and supervised release for any term of years or life. Title 18 U.S.C.§ 2423(a) and (e) carry a penalty of a mandatory minimum term of imprisonment of five (5) years and a maximum sentence of thirty (30) years along with supervised release for any term of years or life.

        3. Under the Sentencing Guidelines, the United States estimates that the defendant faces a jail term of 60 months or more and a life term of supervised release.

        4. Accordingly, the defendant has a substantial incentive to flee.

  C. <u>Employment</u>

        1. The defendant has reported employment as a waiter but also has a web site indicating he is some sort of pastor at a church whose address is his home addres (or prior address).

  E. <u>Rebuttable Presumption</u>

        1. The defendant falls within the rebuttable presumption set forth in Title 18 U.S.C. § 3142(e) because he is charged with an offense under involving a minor victim under section ...2422 and 2423. Two of these offenses carries a

4

77magin.cr (11/22/91)

## COURTROOM MINUTES:

- [x] INITIAL APPEARANCE
- [ ] IDENTITY
- [x] BOND HEARING
- [ ] PRELIMINARY HEARING
- [ ] DETENTION HEARING
- [ ] COUNSEL DETERMINATION HEARING
- [ ] HEARING CONTINUED ON _____

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED **4-26-06**
MICHAEL N. MILBY, Clerk

THE HONORABLE **CALVIN BOTLEY**, Presiding
Deputy Clerk: **Paul A. Yebernetsky**
ERO/Tape No: _____
INTERPRETER PRESENT [x] No [ ] Yes _____

OPEN: **2:28**   ADJOURN: **2:32**

[ ] Other District [ ] Division _____
Case No. _____

CRIMINAL NO. **H-06-296M**   DEFT No. _____   USDJ _____

UNITED STATES OF AMERICA
vs
**JOHN JENNINGS**

**Martha Minnis**, AUSA
[ ] kpddeny.

Counsel for Defendants  Appt - (A), Retd - (R), FPD - (F)

- [x] karr .... Date of arrest: **4-26-06** ___ or [ ] karsr40
- [x] kia .... Deft first appearance. Deft advised of rights/charges [ ] Probation violator
  [x] Deft [ ] MW _____ appeared [ ] with [ ] without counsel.
- [ ] ...... Requests appointed counsel.
- [ ] kfinaff ... FINANCIAL AFFIDAVIT executed.
- [ ] koapptpd .. Order appointing Federal Public Defender.
- [x] k20appt .. Private Counsel appointed. **Ronald Green**
- [ ] ...... Deft advises he will retain counsel. He retained _____
- [ ] ko.(bnd.) . Bond [ ] set $_____ [ ] Cash [ ] Surety [ ] 10% [ ] PR for _____
  Surety signatures required _____
- [ ] kodet ... No bond set at this time, 10 day DETENTION ORDER entered.
- [x] kodtm ... ORDER OF TEMPORARY DETENTION PENDING HEARING entered.
- [ ] ...... ORDER OF DETENTION PENDING TRIAL entered.
- [ ] kocondrls . Deft advised of conditions of release.
- [ ] kbnd .... BOND EXECUTED. [ ] BOND CONTINUED ( [ ] State Authorities. [ ] INS )
- [x] kloc.(LC) [x] Deft [ ] MW REMANDED to CUSTODY.
- [ ] ko ...... Deft ORDERED REMOVED to Originating District.

- [ ] kwvprl ... WAIVER of [ ] Preliminary  WAIVER of [ ] Detention  [ ] kwvr40hrg .... Waiver of Rule 40 Hearing
- [ ] ...... Court finds PROBABLE CAUSE [ ] ID [ ] PC.
- [ ] karr .... Arraignment set _____  [x] kdtnhrg. Detention Hearing set **Tuesday 5-2-06 at 10:00**
- [ ] kprlxm ... Preliminary set _____  [ ] kbndhrg. Bond Hearing set _____
- [ ] krmknn ... Counsel Determination Hearing set _____
- [x] krmvhrg . Identity/Removal Hearing set **5-2-06 AT 10:00 Tuesday**
- [ ] ...... Deft failed to appear. Oral ORDER for ISSUANCE OF BENCH WARRANT. Bond FORFEITED. (kloc./LR)
- [ ] ...... See reverse for additional proceedings and attorneys addresses.

TRUE COPY I CERTIFY
ATTEST:
Michael N. Milby, Clerk of Court
By: _____
Deputy Clerk

RECEIVED

CLOSED

2006 MAY 15 A 9:33

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CRIMINAL DOCKET FOR CASE #: 4:06-mj-00296-ALL
### Internal Use Only

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| Case title: USA v. Jennings | Date Filed: 04/26/2006 |

Assigned to: Magistrate Judge Calvin Botley

**Defendant**

**John Jennings, II** (1)
*TERMINATED: 05/10/2006*

represented by **John Jennings, II**
In Custody
Houston, TX 77002
US
PRO SE

**Ronald C Green**
The Green Firm LLP
The Bienville Bldg
3401 Louisiana
Ste 155
Houston, TX 77002
713-526-0166
Fax: 713-526-0167
Email: ronald.green@thegreenfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

TRUE COPY I CERTIFY
ATTEST:
Michael N. Milby, Clerk of Court
By: Meredith P. Levine
Deputy Clerk

https://156.124.2.192/cgi-bin/DktRpt.pl?836685595926678-L_923_0-1    5/10/2006

| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**

USA

| Date Filed | # | Docket Text |
|---|---|---|
| 04/26/2006 | 1 | Copy of Cr. Complaint filed in the Middle District of Alabama case number 3:06mj40-SRW as to John Jennings, II: , filed. (mlerma, ) (Entered: 04/26/2006) |
| 04/26/2006 | 2 | Minute Entry for proceedings held before Judge Calvin Botley :INITIAL APPEARANCE as to John Jennings, II,(Deft informed of rights) held on 4/26/2006 Appearances:M. Minnis AUSA.(ERO:Yes) Deft remanded to USM , filed.(mlerma, ) (Entered: 05/10/2006) |
| 04/26/2006 | 3 | MOTION and Memorandum for Hearing and Defendant's Pretrial Detention by USA as to John Jennings, II, filed. (mlerma, ) (Entered: 05/10/2006) |
| 04/26/2006 | 4 | ORDER OF TEMPORARY Detention pending hearing as to John Jennings, II; to be committed to the custody of the United States Marshal ( Signed by Judge Calvin Botley ). Parties notified. (mlerma, ) (Entered: 05/10/2006) |
| 04/26/2006 | 5 | Sealed CJA 23 Financial Affidavit by John Jennings, II , filed.(mlerma, ) (Entered: 05/10/2006) |
| 04/28/2006 | 6 | CJA 20 as to John Jennings, II: Appointment of Attorney Ronald C Green for John Jennings, II ( Signed by Judge Calvin Botley ). Parties notified. (mlerma, ) (Entered: 05/10/2006) |
| 05/04/2006 | 7 | Minute Entry for proceedings held before Judge Calvin Botley :DETENTION HEARING as to John Jennings, II held on 5/4/2006 Appearances: Ronald C Green.(ERO:Yes) Deft remanded to USM , filed.(mlerma, ) (Entered: 05/10/2006) |
| 05/04/2006 | 8 | WAIVER of Rule 5 & 5.1 Hearings by John Jennings, II , filed. (mlerma, ) (Entered: 05/10/2006) |
| 05/04/2006 | 9 | COMMITMENT TO ANOTHER DISTRICT as to John Jennings, II. Defendant committed to District of Middle District of Alabama, Montgomery ( Signed by Judge Calvin Botley ). Parties notified. (mlerma, ) (Entered: 05/10/2006) |
| 05/10/2006 | 10 | RULE 5 Papers sent to Middle District of Alabama, Montgomery Division as to John Jennings, II, filed.(mlerma, ) (Entered: 05/10/2006) |
| 05/10/2006 | | ***Case Terminated as to John Jennings, II (mlerma, ) (Entered: |

| | | 05/10/2006) | |
|---|---|---|---|