## MINUTES

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA, EASTERN, DIVISION
Montgomery , Alabama

HON.   Vanzetta Penn McPherson

DATE COMMENCED:   5/25/06                    DIGITAL RECORDING: 11:12 - 11:17

DATE COMPLETED:    5/25/06

USA                                          *          3:06cr126-WHA

vs                                           *

JOHN JENNINGS                                *

---

GOVERNMENT                  APPEARANCES:                    DEFENDANT
                                 *
Susan Redmond                    *          Kevin Butler
                                 *
                                 *

---

### COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy
Ron Thweatt, Pretrial Services

---

### PROCEEDINGS:

(   ) JURY TRIAL
( x ) OTHER PROCEEDINGS:   ARRAIGNMENT and DETENTION HEARING

**HEARINGS NOT HELD**

| LOG OF PROCEEDINGS ELECTRONICALLY RECORDED | | |
|---|---|---|
| **Description** | 3:06cr126-WHA:  USA vs. John Jennings, II: ARRAIGNMENT and DETENTION HEARING NOT HELD | |
| **Date** 5 /25/2006 | **Location** Courtroom 5A | |
| **Time** | **Speaker** | **Note** |
| 11:12:39 AM | Court | Convenes |
| 11:12:42 AM | Government | Orally Motions to have placed in hands of AG to have defendant's mental competency be determined |
| 11:13:48 AM | Defense | No Opposition; Moves to Stay Proceedings |
| 11:14:05 AM | Government | No Opposition |
| 11:14:09 AM | Court | Upon filing of written motion, Defendant will be remanded to DOJ for purposes of Mental Health Examination |
| 11:14:45 AM | Court | Questions Defendants as to his understanding of foregoing proceedings; NO FURTHER ACTIONS in this case until Court gets results from Mental Evaluation |
| 11:16:50 AM | Court | ORDER to be issued appointing FD office pursuant to ORAL request by defendant (Financial Affidavit filed in TX) |
| 11:17:06 AM | | Recess |