### IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 3:06cr126-WHA** |
| | ) | |
| **JOHN JENNINGS, II** | ) | |

### STATUS MEMORANDUM

COMES NOW the Defendant, John Jennings, II, by and through undersigned counsel, Kevin L. Butler, and files his memorandum in support of the Court's May 31, 2006, Order.  In support of this memorandum, the defendant would show the following

1.      On May 31, 2006, the Court ordered Mr. Jennings' undergo a psychiatric examination pursuant 18 U.S.C. § 4241.

2.      On or about May 25, 2006, Mr. Jennings submitted to the Court a pro se request "for an appeal to my hearing."

3.      Undersigned counsel believes the thoughts and statements contained in Mr. Jennings' pro se pleading are further support of the Court's May 31, 2006, Order.

4.      Therefore, the defense asks that no action be taken in regard to Mr. Jennings' pro se pleading until such time as a examination is completed at a facility designated by the Bureau of Prisons.

Respectfully submitted,


s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 3:06cr126-WHA** |
| | ) | |
| **JOHN JENNINGS, II** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2006, I electronically filed the foregoing with the Clerk of

Court using the CM/ECF system which will send notification of such filing to the following:

Susan Redmond, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104


Respectfully submitted,


s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138