IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06CR126-WHA |
| | ) | [WO] |
| JOHN JENNINGS, II | ) | |

## ORDER

Upon consideration of the correspondence received from the Warden of the Federal Bureau of Prisons, Metropolitan Correctional Center, and for good cause, it is

ORDERED that the request for an extension of time to produce a written report of the mental examination of the defendant, JOHN JENNINGS, II, to the court is GRANTED. The report shall be produced on or before 18 August 2006.

DONE this 19th day of July, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE