IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06CR126-WHA |
| | ) | |
| JOHN JENNINGS, II | ) | |

## ORDER

On 4 August 2006, the federal correctional facility to which the defendant was sent for psychiatric examination filed a Psychiatric Report (Doc. # 19). While the report is sealed, it concludes that the defendant is competent to stand trial. By oral order of the court on 25 May 2006, all proceedings, including the defendant's arraignment and the detention hearing, were stayed until the mental evaluation was completed (Doc. # 14). Accordingly, it is hereby

ORDERED that, on or before 25 August 2006, the government and the defendant shall separately show cause in writing why the stay should not be lifted and this matter set for further proceedings in this prosecution. The next felony arraignment date is 30 August 2006 before Judge Charles S. Coody.

DONE this 21st day of August, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE