IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 3:06cr126-WHA |
| ) | |
| JOHN JENNINGS, II ) | |

**DEFENDANT'S RESPONSE TO SHOW CAUSE ORDER**

COMES NOW the Defendant, John Jennings, II, by and through undersigned counsel, Kevin L. Butler, and files his response to the August 21, 2006, Show Cause Order. In support the defense states:

1. The defense has no objection to the stay being lifted in this case and further proceedings scheduled.

2. Though undersigned counsel presently believes Mr. Jennings is competent to proceed forward in this case, if Mr. Jennings becomes unable to assist counsel and/or understand the nature of the proceedings, the defense reserves the right to reopen the "competency" issue.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No.: 3:06cr126-WHA |
| ) | |
| **JOHN JENNINGS, II** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Susan Redmond, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138