IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  3:06cr126-WHA |
| | ) | |
| JOHN JENNINGS, II | ) | |

## **ORDER**

Defendant, JOHN JENNINGS, II, has not been arraigned on the pending indictment.  Accordingly, it is

ORDERED that arraignment for this defendant be and is hereby set for 30 August 2006 at 10:00 a.m. before Chief United States Magistrate Judge Charles S. Coody in Courtroom 4-B, Frank M. Johnson, Jr. Federal Building and United States Courthouse, One Church Street, Montgomery, Alabama.

The United States Marshal is DIRECTED to produce  the defendant for the arraignment.

DONE this 25th day of August 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE