**COURTROOM DEPUTY MINUTES**          DATE: __AUGUST 30, 2006__
**MIDDLE DISTRICT OF ALABAMA**
                                     DIGITAL RECORDING: __11:41 - 11:45__

| | |
|---|---|
| ✓ | INITIAL APPEARANCE |
| ☐ | DETENTION HEARING |
| ☐ | REMOVAL HEARING (Rule 5) |
| ✓ | ARRAIGNMENT |
| ☐ | ARRAIGNMENT on SUPERSEDING INDICTMENT |
| ☐ | PRELIMINARY EXAMINATION |

---

PRESIDING MAG. JUDGE __CHARLES S. COODY__    DEPUTY CLERK: __WANDA STINSON__

CASE NO. __3:06-CR-126-WHA-VPM__    DEFT. NAME: __JOHN JENNINGS, II__

USA: __A. CLARK MORRIS__    ATTY: __KEVIN BUTLER__

Type Counsel: ( ) Retained;  ( ) Panel CJA; ( ) Waived; (✓) CDO;

USPTSO/USPO: _____

Defendant ____ does __✓__ does NOT need an interpreter; NAME: _____

---

- ☐ Kars.         Date of Arrest _____  or  ☐ Rule 5 Arrest
- ☐ Kia.          Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ Finaff.       Financial Affidavit executed ☐ to be obtained by PTS; ☐ **ORAL** Motion for Appt. Of Counsel.
- ☐ koappted      **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- ☐ 20appt.       Panel Attorney Appointed; ✓ to be appointed - prepare voucher
- ☐              Deft. Advises he will retain counsel. Has retained _____
- ☐              Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐              Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐              **DETENTION HRG** ☐ held; ☐ Set for_____; ☐ **Prelim. Hrg** ☐ Set for_____
- ☐ kotempdtn.    **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.        **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.    Release order entered. ☐ Deft. advised of conditions of release.
- ☐ kbnd.         ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
                  ☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered
- ✓ Loc.(LC)      Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.           Deft. **ORDERED REMOVED** to originating district
- ☐ krmvhrg.      Identity/Removal Hearing ☐ set for _____; ☐ **WAIVER** of Rule 5 & 5.1 Hearings
- ☐ kwvprl.       Waiver of Preliminary hearing;
- ☐              Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ✓ Karr.        ARRAIGNMENT SET FOR:_____  ✓ **HELD**. Plea of **NOT GUILTY** entered.
                  ✓ Trial Term __10/24/06__; ☐ **PRETRIAL CONFERENCE DATE:** _____
                  ☐ **DISCOVERY DISCLOSURES DATE:** __8/30/06__
- ☐ Krmknn.       **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ Kwvspt        **Waiver of Speedy Trial Act Rights Executed.**