**COURTROOM DEPUTY'S MINUTES**  **DATE:** 9/25/06

**MIDDLE DISTRICT OF ALABAMA**  Digital Recording: 9:41 - 9:45

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson  **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:**  3:06cr126-WHA  **DEFENDANT(S):** John Jennings, II

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
|  | * |  |
|  | * |  |
| Susan R. Redmond | * | Kevin L. Butler |
|  | * |  |
|  | * |  |

☐ **DISCOVERY STATUS:**   Complete

☐ **PENDING MOTION STATUS:**   #26 Motion to Suppress Searches
  #27 Motion to Suppress Statements

☐ **PLEA STATUS:**   Trial

☐ **TRIAL STATUS**   3 Days for Trial

☐ **REMARKS:**   Only one hearing needed for both suppression motions
  **Defendant to file a Motion to Continue to 1/8/07 Trial Term**
  Government Responses to Motions to Suppress due 10/20/06