IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06CR126-WHA |
| | ) | |
| JOHN JENNINGS, II | ) | |

## ORDER

The defendant filed a Motion to Suppress Searches and a Motion to Suppress Statements on 20 September 2006 (Docs. # 26 and 27). The trial in this case is set for 24 October 2006 (Doc. # 25). For good cause, it is ORDERED as follows:

1. The government shall file its separate responses to both of the suppression motions on or before 20 October 2006.

2. An evidentiary hearing on the motions will be set at a later date.

3. At the hearing, the defendant shall tender evidence, testimonial or marked exhibit(s), of his mental retardation.

The processing of these motions makes it impossible to try this case on 24 October 2006. Accordingly, the parties are ADVISED to file a joint motion to continue or an unopposed motion to continue the trial, along with the defendant's waiver of speedy trial. The next available term of court for the presiding district judge is 8 January 2007.

DONE this 28th day of September, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE