IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06CR126-WHA |
| | ) | |
| JOHN JENNINGS, II | ) | |

## ORDER

The defendant and the government have jointly moved for continuance of the trial of this case (Doc. # 30). Because the date to which this case would be continued is beyond the time permitted by the *Speedy Trial Act*, 18 U.S.C. §3161, the defendant is DIRECTED to file his Waiver of Speedy Trial on or before 3 October 2006.

DONE this 2nd day of October, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE