IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 3:06cr126-WHA |
| JOHN JENNINGS, II | ) | |

## **ORDER**

This case is before the court on the Unopposed Motion to Continue Trial (Doc. #30), filed by the Defendant on September 29, 2006. The United States does not oppose the motion.

The court finds that, for the reason that the Defendant's counsel is in need of substantial additional time to adequately investigate this complex case, including determination of the Defendant's mental ability, the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, the motion is GRANTED, and it is hereby

ORDERED that this case is CONTINUED from October 24, 2006, to the term of court commencing January 8, 2007.

The Magistrate Judge is requested to schedule a final pretrial hearing at an appropriate time before the scheduled trial date.

DONE this 3rd day of October, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE