IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 3:06cr126-WHA |
| | ) | |
| **JOHN JENNINGS, II** | ) | |

### RESPONSE TO THE GOVERNMENT'S MOTION FOR DETENTION

**COMES NOW** the Defendant, John Jennings, II, by and through undersigned counsel, Kevin L. Butler, and submits no opposition to the government's motion for detention. Pursuant to 18 U.S.C. § 3142(f), the defendant reserves the right to reopen the detention hearing if new and material evidence becomes available for presentation to the court. In support of this motion, Defendant would show:

1. Mr. Jennings is charged with using the mail (or means of commerce) to knowingly induce a person who has not attained the age of 18 to engage in sexual activity in violation of 18 U.S.C. § 2251(a).

2. Prior to his arrest, Mr. Jennings resided in Houston, Texas. Subsequently, all evidence and potential testimony necessary to establish that there are conditions (or a combination of conditions) which can secure Mr. Jennings' release are located out of this district.

3. Undersigned counsel is making attempts to locate this information and testimonial evidence. If it becomes available, Mr. Jennings may exercise his right to reopen his detention hearing.

**WHEREFORE**, for the foregoing reasons, Mr. Jennings submits no opposition to the government's motion for detention.

Dated this 3rd day of October 2006.

                        Respectfully submitted,

                        s/ Kevin L. Butler
                        KEVIN L. BUTLER
                        First Assistant Federal Defender
                        201 Monroe Street, Suite 407
                        Montgomery, Alabama 36104
                        Phone: (334) 834-2099; Fax: (334) 834-0353
                        E-mail: kevin_butler@fd.org
                        AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No.: 3:06cr126-WHA |
| ) | |
| **JOHN JENNINGS, II** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Susan Redmond, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138