IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 3:06cr126-WHA |
| | ) | |
| JOHN JENNINGS, II | ) | |

## ORDER

A pretrial conference was held on 25 September 2006 before the undersigned Magistrate Judge. Present at this conference were Assistant Federal Defender Kevin L. Butler, counsel for the defendant, and Assistant United States Attorney Susan R. Redmond, counsel for the government. As a result of the conference, it is hereby ORDERED as follows:

1. Jury selection is set for 8 January 2007. The trial of this case is set for the trial term commencing on 8 January 2007 and is expected to last three days. This case is hereby set before Senior District Judge W. Harold Albritton on the term of court commencing on 8 January 2007.

2. The following motions are pending: Defendant's Motion to Suppress Searches, filed 20 September 2006, (Document #26) and Defendant's Motion to Suppress Statements, filed 20 September 2006, (Document #27). The Government's responses to these motions are due 20 October 2006.

3. Proposed voir dire questions shall be filed on or before 2 January 2007. Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All motions in limine shall be filed on or before 2 January 2007. Motions in limine must be accompanied by a brief. Failure to file a brief will result in denial of the

motion.

5.  Proposed jury instructions shall be filed on or before 2 January 2007.

6.  A defendant who wishes to enter a plea pursuant to Rule 11 (c)(1)(A) or (C) shall do so no later than 27 December 2006. The government and defendant are informed that if a defendant enters his plea after that date, and if the plea is not ultimately accepted by the court, the defendant and the government must be prepared to go to trial on 8 January 2007.

DONE this 4th day of October, 2006

>           /s/ Vanzetta Penn McPherson
>           VANZETTA PENN MCPHERSON
>           UNITED STATES MAGISTRATE JUDGE