

**U.S. Postal Inspection Service**
**WARNING AND WAIVER OF RIGHTS**

Place: Greyhound Bus Terminal
2121 Main St, Houston, TX 77002

Date: 4/25/04    Time: 10:20 AM

## WARNING

BEFORE YOU ARE ASKED ANY QUESTIONS, YOU MUST UNDERSTAND YOUR RIGHTS.

- You have a right to remain silent.
- Anything you say can be used against you in court.
- You have the right to talk to a lawyer for advice before we ask you any questions and to have him with you during questioning.
- If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.
- If you decide to answer questions now without a lawyer present, you will still have the right to stop answering questions at any time. You have the right to stop answering questions at any time until you talk to a lawyer.

I have read this statement of my rights (This statement of my rights has been read to me) and I understand what my rights are.

4/29/06           10:22 AM          + John Jones +
(Date)             (Time)             (Signature)

## WAIVER

I am willing to discuss subjects presented and answer questions. I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me.

4/29/06           10:22 AM          + John Jones +
(Date)             (Time)             (Signature)

Witnessed by: _____ J C Arney
Title: US Postal Inspector
Witnessed by: _____
Title: Postal Inspector

IS Form **1067** November 2002 (20260-3117)

70