| U.S. Postal Inspection Service |
|---|
| **SWORN STATEMENT WITH RIGHTS** |

STATE OF: __Texas__         ) SS
COUNTY OF __Harris__        )

I, __Johnny Lee Jennings II__ being duly sworn, depose and state:
I have been advised by U.S. Postal Inspector __J. L Arney__, U.S. Postal Service, of my rights under the Constitution as follows:

A)  That I have the right to remain silent;

B)  That anything I say or any statement I make can be used against me in a court or other proceedings;

C)  That I have the right to talk to a lawyer for advice before being questioned and to have him with me during questioning;

D)  That if I cannot afford a lawyer and want one, a lawyer will be appointed for me;

E)  That if I decide to answer questions now, or make a written statement, without a lawyer present, I still have the right to stop at any time.

I have read the above paragraph outlining my rights and it has been read to me. I understand what my rights are. I am willing to make a statement and answer questions. I do not want a lawyer present at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me. This statement is voluntary on my part and is made so that the true facts might be known. I do not expect to gain any reward or special consideration for making this statement.

I have read the foregoing statement consisting of __2__ pages. I have been given the opportunity to make corrections. I am hereby waiving my rights as to silence and counsel. This statement is true and correct to the best of my knowledge.

/s/ _____

Subscribed and sworn before me this __25TH__ day of __April__, 20 __06__.

/s/ _____
Postal Inspector        JL Arney
                        US Postal Inspector

/s/ _____
Witness

71

April 25, 2006

I John Jennings other known as Johnny Lee Jennings II who was Born on September 27, 1983 Back in New Orleans, LA I'm making a statement to confirm that I'm sitting in the room with the Postal Inspectors to talk about my plans with Kathy Montgomery from Dadeville, AL my plans with Kathy was to let her move in with me and to settle down with me to start a fresh start with our lives. Me and Kathy was planning to get married and have sex. I also paid for her ticket to come live with me. I will never force Kathy into anything she did not want to do. I'm was not planning for her to run away. I told Kathy to at call me, but she never did. I ask for her personal number but she never gave it to me. The reason I wanted to have Kathy number was because I was planning to talk to Kathy parents and all this time I belived that Kathy was telling her folks all about me. Like I told my family about Kathy. I also knew that Kathy was 13 and was born on November 19, 1992 and I also gave her my D.o.B. and Kathy did not mind my age. I also was trying to help Kathy to get into school with me so she won't be a drop out I also was planning to have sex with Kathy when she is ready and ready for marriage. What I ment as here I'm as a Pastor and Kathy knows that I won't have sex with her untill we are married. See I will never force anything on Kathy. I will say at one time I was in a rush to have a family and yes I did send Kathy e-mails and one letter with $5.00 cash with my pictures to her. I know that I wanted with Kathy was a wife, and I know I did make a statement to Kathy about being to her folks on why she was moving in with me. Also I did lied to her about having kids. and yes my plans was for her to have sex with me when she come to live with me and start a new life. I also stated to her about her age as ...

know where she is at. But Thinking about it I felt Bad Before The Inspectors stoped me. when kathy came to me. I wanted her to contact her family. Like I will never make her Do things she Don't want to Do. Also I was going to give her a freedom Because I Belive That She was Being used and abused at home. She also stated to me That She won't Do e-mail or change cause her folks when find where she is at. kathy even Did not want her folks at the wedding. I Don't know why. But see yes I was going to pay for Shipment for her PC not Because we wanted to Hide us. It's Because she wanted to ship it so she can have a PC to use when she got here. yes I Did Bought her her Greyhound ticket to move in with me. The way I met kathy was Though Tiffany Though her Best Friend. at one time kathy e-mailed me Telling me That Tiffany Been Busy with School. and I told kathy to have Tiffany to e-mail me. But she never Did so I ask kathy out. I also have Talked to many lady's online as on-line-Daiting. But see with kathy me and he have a lot in common. I also have Been with hanna Born in november 6, 1993. and yes we Did have sex. cause I had one Drink at her Place. what I Did not know was That it will end up having sex. at the Time I was on Depressing med. yes I Did know it was wrong But I Did not Think one Drink with my med's will cause me to have sex. I also had oral sex and intercourses with hanna. The only Thing I Remember about her was her D.o.b and e-mail. I Did have sex at her folks place while Rex was out of town. we was Sopposed to have a 2nd Date on Dec 6, 2005. But her Dad got Better Job. so I have not heard from her ever since. when I had sex with hanna it was late all I Remember was The place she lived and not the condo # also it was on The 2nd floor.

[signature] 4/25/01.

April 25 2001

73