

U.S. Postal Inspection Service
## CONSENT TO SEARCH

Date: (mm/dd/yyyy) 4/25/2006

I, __JOHNNY LEE JENNINGS II__, have been informed of and understand my constitutional rights not to have a search made of __MY PERSONAL BAGS AND BELONGINGS__ without the requirement of a search warrant. I have also been informed of, and understand, my right to refuse to consent to the search. However, I hereby authorize U.S. Postal Inspector(s) __J.L. ARVEY__ to conduct a complete search of __MY PERSONAL BAGS AND BELONGINGS__ located at __2121 Main St, Houston TX 77002__

The U.S. Postal Inspector(s) is/are authorized by me to take from the above described property any letters, papers, materials, or other property, which is contraband or evidence and specifically __EVIDENCE RELATED TO THE SEXUAL EXPLOITATION OF CHILDREN__

I understand that this contraband or evidence may be used against me in court of law or an administrative proceeding.

I understand my right to withdraw my consent at any time.

This written permission is being given by me to the above named persons freely and voluntarily without threats, promises, or coercion of any kind to have me consent to the search and/or sign this form. I realize that I may ask for and receive a receipt for all things taken.

Signature of Witnesses:                           Signature of Consentor:
_[signature] J.L. Arvey_                          _[signature] John Jngs II_
U.S. Postal Inspector
_[signature] Postal Inspector_

IS Form 8193  November 2000                                                                63