

U.S. Postal Inspection Service
## CONSENT TO SEARCH

Date: (mm/dd/yyyy) 4/25/04

I, JOHNNY LEE JENNINGS II, have been informed of and understand my constitutional rights not to have a search made of 1516 Bay Area Blvd. Apt P22, Houston, TX 77058 without the requirement of a search warrant. I have also been informed of, and understand, my right to refuse to consent to the search. However, I hereby authorize U.S. Postal Inspector(s) J.L. Arney to conduct a complete search of my residence located at 1516 Bay Area Blvd., Apt P22 Houston, TX 77058

The U.S. Postal Inspector(s) is/are authorized by me to take from the above described property any letters, papers, materials, or other property, which is contraband or evidence and specifically Evidence related to the Sexual Exploitation of Children.

I understand that this contraband or evidence may be used against me in court of law or an administrative proceeding.

I understand my right to withdraw my consent at any time.

This written permission is being given by me to the above named persons freely and voluntarily without threats, promises, or coercion of any kind to have me consent to the search and/or sign this form. I realize that I may ask for and receive a receipt for all things taken.

Signature of Witnesses: J.L. Arney
U.S. Postal Inspector

Signature of Consentor: [signature]

IS Form 8193



## U.S. Postal Inspection Service
## CONSENT TO SEARCH

Date: *(mm/dd/yyyy)* 4/25/06

I, JOHNNY LEE JENNINGS II, have been informed of and understand my constitutional rights not to have a search made of My INTERNET EMAIL AND COMMUNICATION ACCOUNTS without the requirement of a search warrant. I have also been informed of, and understand, my right to refuse to consent to the search. However, I hereby authorize U.S. Postal Inspector(s) J.L. Heney to conduct a complete search of My INTERNET EMAIL AND COMMUNICATION ACCOU located at Yahoo!, AOL, MySpace, H.5, MSN, AND Mail.com

The U.S. Postal Inspector(s) is/are authorized by me to take from the above described property any letters, papers, materials, or other property, which is contraband or evidence and specifically EVIDENCE RELATED TO THE SEXUAL EXPLOITATION OF CHILDREN

I understand that this contraband or evidence may be used against me in court of law or an administrative proceeding.

I understand my right to withdraw my consent at any time.

This written permission is being given by me to the above named persons freely and voluntarily without threats, promises, or coercion of any kind to have me consent to the search and/or sign this form. I realize that I may ask for and receive a receipt for all things taken.

Signature of Witnesses:                    Signature of Consentor:

[signature]  JL Heney
             US Postal Inspector           [signature]

IS Form 8100-