<div style="border:1px solid black; padding:8px;">

**U.S. Postal Inspection Service**
# SWORN STATEMENT WITH RIGHTS

</div>

STATE OF: _Texas_ )
) SS
COUNTY OF _Harris_ )

I, _Johnny Lee Jennings II_ being duly sworn, depose and state:
I have been advised by U.S. Postal Inspector _J. L. Arney_ , U.S.
Postal Service, of my rights under the Constitution as follows:

A)      That I have the right to remain silent;

B)      That anything I say or any statement I make can be used against me in a
        court or other proceedings;

C)      That I have the right to talk to a lawyer for advice before being questioned
        and to have him with me during questioning;

D)      That if I cannot afford a lawyer and want one, a lawyer will be appointed for
        me;

E)      That if I decide to answer questions now, or make a written statement,
        without a lawyer present, I still have the right to stop at any time.

I have read the above paragraph outlining my rights and it has been read to me. I
understand what my rights are. I am willing to make a statement and answer
questions. I do not want a lawyer present at this time. I understand and know
what I am doing. No promises or threats have been made to me and no pressure or
coercion of any kind has been used against me. This statement is voluntary on my
part and is made so that the true facts might be known. I do not expect to gain
any reward or special consideration for making this statement.

_____

I have read the foregoing statement consisting of _2_ pages. I have been given
the opportunity to make corrections. I am hereby waiving my rights as to silence
and counsel. This statement is true and correct to the best of my knowledge.

/s/ _Tony Hauser_

Subscribed and sworn before me this _25TH_ day of _April_, 20 _06_ .

/s/ _____        J L Arney
**Postal Inspector**                       US Postal Inspector

/s/ _____
**Witness**

April 25, 2006

I John Jennings other known as Johnny Lee Jennings II who was Born on September 27, 1983 Back in New orleans, LA I'm making a Statement To confirm That I'm sitting in the Room with the POSTAL Inspectors To talk about my plans with Kathy montgomery from Dadeville, AL my plans with kathy was To let Her move in with me and To Settle Down with me to Start a fresh Start with our lives. me and Kathy was planning To get married and have Sex. I also Paid for her Ticket To come live with me. I will never force kathy into any thing she Did not want to do. I'm was not Planning for her to run away I told kathy To call me, But she never Did I ask for her personal number But She never gave it to me. The Reason I wanted to have kathy number was Because I was planning to talk to kathy parents and all This time I Belived That kathy was telling her folks all about me. Like I told my family about kathy. I also knew That kathy was 13 and was Born on November 19, 1992 and I also gave her my D.o.b. and kathy Did not mind my age. I also was trying to help kathy to get into school with me so she won't Be a Drop out I also was planning To have Sex with kathy when She is Ready and Ready for marriage what I ment as here I'm as a pastor and kathy knows That I won't have Sex with her untill we are married. see I will never force anything on kathy. I will Say at one time I was in a Rush a have a family and Yes I Did Send kathy e-mails and one letter with $5.00 cash with my pictures To her I know that all I wanted with kathy was a wife and I know I Did make a Statement To kathy about being to her folks on why she was moving in with me. IStill I Did lied to to about having kids. and Yes my plans was for her To have Sex with me when she come to live with me and Start a new life. I also Stated to

know where she is at. But Thinking about it I felt Bad
Before The Inspectors stoped me. when kathy came to me. I wanted
her to contact her family. Like I will never make her do things she
Don't want to Do. Also I was going to give her a freedom Because
I Belive That she was being used and abused at home. She also
stated to me that she won't do a mail or change cause her folks
When find where she is at. kathy even Did not want her folks at the
wedding. I Don't know why. But see yes I was going to pay for
shipment for her PC. not Because we wanted To Hide us. It's Because
she wanted To ship it so she can have a PC to use when she got here
yes I Did Bought her her Greyhound ticket to move in with me
the way I met kathy was Though Tiffany Though her Best friend
at one time kathy e-mailed me telling me that Tiffany Been Busy
with school. and I told kathy To have Tiffany to e-mail me. But she
never Did So I ask kathy out. I also have Talked to many lady's online
as on-line-Daiting. But see with kathy me and he have a lot in common.
I also have Been with hanna Born in november 6, 1993. and yes we Did
have sex. cause I had one Drink at her place. what I Did not know
was That it will end up having sex. at the time I was on Depressing
med. yes I Did know it was wrong But I Did not Think one Drink
with my med's will cause me to have sex. I also had oral sex and inter-
courses with hanna. the only thing I Remember about her was her D.o.b.
and e-mail. I Did have sex at her folks place while Rex was out of town.
we was Supposed to have a 2nd Date on Dec 6, 2005 But her Dad got
Better Job. so I have not heard from her ever since when I had Sex
with hanna it was late all I remember was the Place she lived and not
the condo # also it was on the 2nd floor.

John Jennings

(my sign)

April 25 2001                                    4/25/01