IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 3:06-CR-126-WHA |
| | ) | |
| JOHN JENNINGS, II | ) | |

### UNOPPOSED MOTION TO CONTINUE EVIDENTIARY HEARING

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and respectfully requests a continuance of the evidentiary hearing in this case. In support thereof, we would show the following:

1. An evidentiary hearing was set in this case for November 30, 2006, by Order of the Court, dated November 17, 2006.

2. The case is set for trial before the Honorable W. Harold Albright on January 8, 2007.

3. The government, based on representations of defense counsel, believes that the Court's ruling on the defendant's Motions to Dismiss may be dispositive of the case.

4. The government, at the evidentiary hearing, would require the presence and testimony of the case agent, Inspector Jeff Arney of the United States Postal Inspection Service.

5. Inspector Arney has made the government aware that he is scheduled to be in Florida on a pending federal case on November 30, 2006, and will not return to Alabama until December 2nd or 3rd, 2006.

6. The undersigned has contacted Kevin L. Butler, attorney for defendant, who has no objection to this request.

7. The defendant will not suffer any prejudice should the Court grant this motion.

8.  The government and defense respectfully request that the Court consider setting the evidentiary hearing on the 7th or 8th of December, 2006.

For the reasons stated above, the United States requests that this Honorable Court grant a continuance of the evidentiary hearing in this case, currently set for November 30, 2006 at 9:00 a.m.

Respectfully submitted this the 21st day of November, 2006.

          LEURA G. CANARY
          UNITED STATES ATTORNEY

          /s/ Susan R. Redmond
          SUSAN R. REDMOND
          Assistant United States Attorney
          Post Office Box 197
          Montgomery, Alabama 36101-0197
          334.223.7280
          334.223.7135 fax
          susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 3:06-CR-126-WHA |
| | ) | |
| JOHN JENNINGS, II | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kevin L. Butler.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
susan.redmond@usdoj.gov