IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 3:06CR126-WHA |
| | ) | |
| JOHN JENNINGS, II | ) | |

**ORDER ON MOTION**

Upon consideration of the Unopposed Motion to Continue Evidentiary Hearing (Doc. #39) filed on 21 November 2006, and the Amended Unopposed Motion to Continue Evidentiary Hearing (Doc. #40) filed on 27 November 2006, and for good cause, it is

ORDERED that the motions are GRANTED. The evidentiary hearing currently set for 30 November 2006 at 9:00 is CONTINUED to **7 December 2006** at **9:00 a.m.** in Courtroom 5A. If the defendant is in custody, the person having custody of him shall produce him for the hearing.

The Clerk is directed to provide a court reporter for this proceeding.

DONE this 28nd day of November, 2006.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE