AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| MIDDLE | DISTRICT OF | ALABAMA |

USA

V.

JOHN JENNINGS, II

## DEFENDANT'S EXHIBIT LIST

Case Number:  3:06cr126-WHA

| PRESIDING JUDGE                 | GOVERNMENT'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---------------------------------|-----------------------|----------------------|
| WALLACE CAPEL, JR.              | Susan Redmond         | Kevin L. Butler      |
| TRIAL DATE (S) Suppression Hearing | COURT REPORTER Risa Entrekin | COURTROOM DEPUTY Wanda A. Robinson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|----------|----------|--------------|--------|----------|----------------------------------------|
|          | x        |              | x      | x        | Forensic Report                        |
|          |          |              |        |          |                                        |
|          |          |              |        |          |                                        |
|          |          |              |        |          |                                        |
|          |          |              |        |          |                                        |
|          |          |              |        |          |                                        |
|          |          |              |        |          |                                        |
|          |          |              |        |          |                                        |
|          |          |              |        |          |                                        |
|          |          |              |        |          |                                        |
|          |          |              |        |          |                                        |
|          |          |              |        |          |                                        |
|          |          |              |        |          |                                        |
|          |          |              |        |          |                                        |
|          |          |              |        |          |                                        |
|          |          |              |        |          |                                        |
|          |          |              |        |          | EXHIBIT IN SEPARATE ENVELOPE WITH COURT FILE |
|          |          |              |        |          |                                        |
|          |          |              |        |          |                                        |
|          |          |              |        |          |                                        |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.