MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN, DIVISION
Montgomery, Alabama

HON.   WALLACE CAPEL, JR.

DATE COMMENCED:   12/7/06                    DIGITAL RECORDING: 9:01 - 10:45

DATE COMPLETED:   12/7/06

| | | |
|---|---|---|
| USA | * | CASE NO.: 3:06cr126-WHA |
| vs | * | |
| JOHN JENNINGS, II | * | |

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| SUSAN REDMOND | * | KEVIN L. BUTLER |

COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy
Risa Entrekin, Courtreporter
Joseph Wilkinson, Law Clerk

PROCEEDINGS:

(  ) JURY TRIAL
( x ) OTHER PROCEEDINGS:   SUPPRESSION HEARING


SEE MINUTES ATTACHED

| **LOG OF PROCEEDINGS ELECTRONICALLY RECORDED** |
|---|---|---|
| **Description** | \multicolumn{2}{l}{3:06cr126-WHA:   USA v. John Jennings, II; Suppression Hearing} |
| **Date** | 12/ 7 /2006 | **Location** |
| **Time** | **Speaker** | **Note** |
| 9 :01:10 AM | Court | Convenes; Parties identified; Counsel Informs Court of Witnesses to be called; Defense Witness not present, case will proceed with Government's witness. |
| 9 :02:36 AM | Government | Calls Witness Jeff Arney; US Postal Inspector Service; Witness Sworn and Testifies; |
| 9 :22:35 AM | | Documents 35-2 referred to but not entered as a Exhibit due to previous entry on the record as attachment to Government's Response to Motion to Suppress |
| 9 :25:44 AM | | Document 35-3 referred to during testimony |
| 9 :28:47 AM | | Document 35-3 Further referred to during testimony |
| 9 :33:44 AM | | Document 35-4 and 35-5 referred to during testimony |
| 9 :45:34 AM | Defense | Cross Examines Witness Jeff Arney |
| 10:00:12 AM | | Document 35-2 referred to during Cross-Examination |
| 10:01:55 AM | | Document 35-4 and 35-5 referred to during Cross-Examination |
| 10:09:26 AM | Government | Re-Directs Witness Jeff Arney |
| 10:14:14 AM | Court | 5-Minute Break |
| 10:21:14 AM | Defense | Reconvenes with Further Cross -Examination of Witness Jeff Arney |
| 10:21:46 AM | Court | Questions Witness Jeff Arney |
| 10:24:14 AM | | Witness Excused; Government Rests |
| 10:25:32 AM | Court | Admits Defense's Forensic Report |
| 10:27:35 AM | Defense | Calls Witness Dr. Katherine Boyer |
| 10:30:34 AM | Government | Objects to Expert Testimony |
| 10:30:51 AM | Defense | Responds; Gives Court synapsis of expert's testimony |
| 10:32:23 AM | Government | Replies to Defense Response to Objection |
| 10:33:19 AM | Defense | Will file a Motion to Continue trial to allow time for Report of Expert |
| 10:35:45 AM | Court | Counsel should inform defendant of Speedy Trial Issue |
| 10:40:04 AM | Defense | To file the Unopposed Motion to Continue today |
| 10:40:09 AM | Court | Allows testimony of Dr. Boyer; Witness Sworn; at the request of counsel, this witness will not testify until the Expert Report is filed and the Government can obtain their own expert; Court to inform Judge Albritton of the issue as to Continuance and reset the hearing for some time in February 2007 |
| | | **RECESS** |