IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 3:06cr126-WHA |
| JOHN JENNINGS, II | ) | |

## **ORDER**

This case is before the court on the Unopposed Motion to Continue Trial (Doc. #46), filed by the Defendant on December 7, 2006. The United States does not object, and the Defendant has filed a Waiver of Speedy Trial.

The court finds, for the reason that additional time is needed to conduct an evidentiary hearing and to resolve the Defendant's Motions to Suppress, the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, it is hereby ORDERED as follows:

1. The Motion to Continue is GRANTED, and the trial of this case is CONTINUED from the term of court commencing January 8, 2007.

2. A new trial date will be set after the resolution of the Defendant's Motions to Suppress.

DONE this 11th day of December, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE