IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO: 3:06cr126-WHA |
| | ) | |
| JOHN JENNINGS, II | ) | |

## **ORDER**

On December 11, 2006, the Court issued an order granting the Motion to Continue trial (Doc #46). Therefore, it is

ORDERED that the Pretrial Conference Hearing currently scheduled for December 18, 2006 at 9:00 a.m. is continued until further order of the Court.

DONE this 12th day of December 2006.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE