IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 3:06CR126-WHA |
| | ) | |
| JOHN JENNINGS, II | ) | |

## ORDER

On January 5, 2007, the government filed a Motion to Close Evidentiary Hearing (Doc. #49). Therefore, it is

ORDERED that the defendant shall file a response to the motion on or before January 12, 2007.

DONE this 8th day of January, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE