IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                      ) | CR NO. 3:06cr126-WHA |
| ) | |
| JOHN JENNINGS, II                        ) | |

## ORDER ON MOTION

On May 23, 2006, the government filed a Motion for Detention (Doc #12). On October 3, 2006, counsel for defendant John Jennings, II, filed a response submitting no opposition to the government's motion for detention.

Therefore, for good cause, it is

ORDERED that the Motion for Detention (Document #12), is DENIED as MOOT.

DONE this 11th day of January, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE