IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 3:06CR126-WHA |
| | ) | |
| JOHN JENNINGS, II | ) | |

**ORDER ON MOTION**

On January 5, 2007, the government filed a Motion to Close Evidentiary Hearing (Doc. #49). The Defendant filed a response to the motion on January 12, 2007. Upon consideration of the motion and the response, it is

ORDERED that the motion (Doc. #49) is DENIED. It is further

ORDERED that the parties shall reconvene on January 22, 2007 at 10:00 a.m. for the evidentiary hearing on the defendant's Motion to Suppress Searches (Doc. #26) and the Motion to Suppress Statements (Doc. #27) to be held in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The U. S. Marshal shall produce the defendant, JOHN JENNINGS, for the hearing.

The Clerk shall provide the services of a court reporter.

DONE this 16th day of January, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE