IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 3:06-CR-126-WHA |
| | ) | |
| JOHN JENNINGS, II | ) | |

<u>UNOPPOSED MOTION TO CONTINUE EVIDENTIARY HEARING</u>

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and respectfully requests a continuance of the evidentiary hearing in this case. In support thereof, we would show the following:

1. An evidentiary hearing was set in this case for January 22, 2007, by Order of the Court, dated January 16, 2007.

2. The undersigned AUSA has not had an opportunity to review Dr. Boyer's report submitted by the defense, nor to determine whether its' own expert should be detained.

3. The government believes it will be able to make such assessment and determination by Tuesday, January 23, 2007, close of business.

4. The undersigned AUSA proposes that upon making such determination, a notice will be filed with this Court and counsel .

5. The undersigned has contacted Kevin L. Butler, attorney for defendant, who has no objection to this request.

For the reasons stated above, the United States requests that this Honorable Court grant a continuance of the evidentiary hearing in this case, currently set for January 22, 2007, at 10:00 a.m.

Respectfully submitted this the 19th day of January, 2007.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/ Susan R. Redmond
        SUSAN R. REDMOND
        Assistant United States Attorney
        Post Office Box 197
        Montgomery, Alabama 36101-0197
        334.223.7280
        334.223.7135 fax
        susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 3:06-CR-126-WHA |
| | ) | |
| JOHN JENNINGS, II | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kevin L. Butler.

    Respectfully submitted,

    LEURA GARRETT CANARY
    UNITED STATES ATTORNEY

    /s/ Susan R. Redmond
    SUSAN R. REDMOND
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, Alabama 36104
    Telephone: (334) 223-7280
    Fax: (334) 223-7135
    susan.redmond@usdoj.gov