IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 3:06CR126-WHA |
| | ) | |
| JOHN JENNINGS, II | ) | |

## ORDER ON MOTION

Based upon the Unopposed Motion to Continue Evidentiary Hearing (Doc. #55) filed on January 19, 2007, and for good cause, it is

ORDERED that the motion is GRANTED. The parties shall appear on January 30, 2007 at 10:00 a.m. for a continuation of the evidentiary hearing on the defendant's Motion to Suppress Searches (Doc. #26) and the Motion to Suppress Statements (Doc. #27). The hearing will be held in Courtroom 5A. It is further

ORDERED that the U. S. Marshal shall produce the defendant, JOHN JENNINGS, for the hearing on January 30, 2007.

The Clerk is directed to provide the services of a court reporter.

DONE this 19th day of January, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE