MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN, DIVISION
Montgomery, Alabama

HON. WALLACE CAPEL, JR.

DATE COMMENCED:                           DIGITAL RECORDING: 10:15 - 1:35

DATE COMPLETED:

USA                                  *        3:06cr126-WHA

vs                                   *

JOHN JENNINGS, II                    *

---

| PLAINTIFF/GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Susan R. Redmond | | Kevin L. Butler |

**COURT OFFICIALS PRESENT:**

Wanda A. Robinson, Courtroom Deputy
Monica Stump, Law Clerk

---

PROCEEDINGS:

( ) JURY TRIAL
(x) OTHER PROCEEDINGS:   SUPPRESSION HEARING




SEE MINUTES ATTACHED

| LOG OF PROCEEDINGS ELECTRONICALLY RECORDED | | |
|---|---|---|
| Description | 3:06cr126-WHA: USA vs. JOHN JENNINGS: COMPLETION OF SUPPRESSION HEARING of 12/7/06 | |
| Date | 1/30/2007 | Location |

| Time | Speaker | Note |
|---|---|---|
| 10:15:19 AM | Court | Convenes |
| 10:15:40 AM | Defendant | Calls Kathernine Boyer, Ph D ; Witness Sworn and Testifies as to her evaluation of the defendant |
| 11:06:52 AM | Court | Evaluation of Dr. Boyer previously filed to be considered along with testimony |
| 11:06:55 AM | | Defense Rests; 5 -Minute Break |
| 11:19:51 AM | Court | Reconvenes |
| 11:20:01 AM | Government | Cross-Examines Witness |
| 11:43:31 AM | | 5-Minute Break (To Allow Dr. Boyer to find response to question in her notes) |
| 11:49:43 AM | | Court Reconvenes; Cross Examination continues |
| 12:31:09 PM | Government | Rests |
| 12:31:18 PM | Defendant | Re-Directs Witness |
| 12:37:40 PM | Government | Further questions witness |
| 12:40:14 PM | Defendant | Further questions witness |
| 12:40:38 PM | Court | Questions Witness as to results of tests and requests results be given to Court and Government; Defense may not have results of Bureau of Prisons evaluation; |
| 12:43:25 PM | Defense | Questions Dr. Boyer as to test administered; Defense states that the Miranda right test will be admitted as exhibit 2 and typed notes at 2A; Peabody tests admitted as exhibits 3 and 4; No objections from the Government |
| 12:44:38 PM | Court | Questions witness |
| 12:58:25 PM | Defense | Follow Up questions based on Court's questions |
| 1:02:13 PM | Government | Follow Up questions based on Court's questions |
| 1:03:03 PM | Court | Questions Witness |
| 1:03:32 PM | Defense | Follow Up questions based on Court's question |
| 1:11:32 PM | Government | Follow Up questions based on Court's question |
| 1:16:18 PM | Court | Questions Witness |
| 1:20:42 PM | | Witness Excused |
| 1:21:03 PM | Court | Questions Defense Counsel regarding the consent to search (statements and suitcase) |
| 1:23:02 PM | Defendant | Gives Summary Statement to the Court |
| 1:28:04 PM | Government | Gives Summary Statement to the Court |
| 1:33:33 PM | Defendant | Responds to Government's statement |
| 1:34:54 PM | Government | Replies to Defendant's Response |
| 1:35:37 PM | | Recess |