# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

USA

V.

JOHN JENNINGS, II

**DEFENDANT'S EXHIBIT LIST**

Case Number: 3:06cr126-WHA

| PRESIDING JUDGE | GOVERNMENT'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| WALLACE CAPEL, JR. | Susan Redmond | Kevin L. Butler |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| Supp Hearing of 12/7/06 comp on 1/30/07 | Mitchell Reisner | Wanda A. Robinson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 2 | 1/30/07 | x | x | Copy of Assessing Understanding & Appreciation of Miranda Rights for J. Jennings |
|  | 2A | 1/30/07 | x | x | Typed Notes of Written Document (Defendant's Exhibit 2) |
|  | 3 | 1/30/07 | x | x | Copy of Peabody Picture Vocabulary Test for J. Jennings |
|  | 4 | 1/30/07 | x | x | Copy of Psychological Assessment Evaluation for John Jennings |
|  |  |  |  |  |  |
|  |  |  |  |  | EXHIBIT IN SEPARATE ENVELOPE WITH COURT FILE |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages