IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cr126-WHA |
| | ) | |
| JOHN JENNINGS | ) | |

## **ORDER**

Upon consideration of the Defendant's Objections to the Recommendation of the Magistrate Judge, it is hereby

ORDERED that the United States shall file a response to the Defendant's Objections on or before April 26, 2007.

DONE this 16th day of April, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE