IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 3:06cr126-WHA |
| ) | |
| JOHN JENNINGS, II ) | |

## MOTION TO EXTEND PLEA DEADLINE

Comes the Defendant, by counsel, and respectfully moves to extend the plea deadline under F.R.Cr.P. 11(c)(1)(C), from noon on July 25, 2007 to a date on or after July 30, 2007. In support of this Motion, the Defendant would show:

1. Defense counsel and government counsel are engaged in good faith negotiations to resolve this matter.

2. Defense counsel has been unable to complete the negotiations by the plea deadline, due to his participation as lead counsel in the trial of <u>United States v. Gregory Shiver</u>, Case No. 05-cr-256-LSC, which began on July 23, 2007 and is expected to last through July 25. Defense counsel was appointed to Mr. Shiver's case on July 18, 2007 and has been primarily engaged in trial preparation since that date.

3. Government counsel does not oppose this motion.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | Case No.: 3:06cr126-WHA |
| ) | |
| **JOHN JENNINGS, II** ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 25, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Susan Redmond, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

          Respectfully submitted,

          s/ Kevin L. Butler
          KEVIN L. BUTLER
          First Assistant Federal Defender
          201 Monroe Street, Suite 407
          Montgomery, Alabama 36104
          Phone: (334) 834-2099
          Fax: (334) 834-0353
          E-mail: kevin_butler@fd.org
          AZ Bar Code: 014138