IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 3:06cr126-WHA |
| JOHN JENNINGS, II ) | |

## **ORDER**

This case is before the court on the Unopposed Motion to Continue Trial (Doc. #74), filed by the Defendant on July 27, 2007. For the reason that additional time is needed to investigate and evaluate possible treatment facilities/programs that can provide long term mental health counseling, social training and behavior modification for the Defendant, the court finds that the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, the motion is GRANTED, and it is hereby

ORDERED that this case is CONTINUED from the trial term commencing August 6, 2007, to the term commencing November 5, 2007.

DONE this 30th day of July, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE