IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 3:06cr126-WHA |
| JOHN JENNINGS, II | ) | |

## **ORDER**

This case is before the court on the Unopposed Motion to Continue Trial (Doc. #76), filed by the Defendant on October 17, 2007.

For the reason that the Defendant is in need of additional time to attempt to resolve this case without a trial, the court finds that the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, the motion is GRANTED, and it is hereby

ORDERED that the case is CONTINUED from the term of court commencing November 5, 2007, and RESET for the term of court commencing December 10, 2007.

DONE this 22nd day of October, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE