IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 3:06cr126-WHA |
| JOHN JENNINGS, II | ) | |

**ORDER**

This case is before the court on the Unopposed Motion to Continue Trial (Doc. #78), filed by the Defendant on November 26, 2007.

For the reason that additional time is needed for the parties to negotiate an appropriate plea agreement, the court finds that the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, the motion is GRANTED, and it is hereby

ORDERED that the trial of this case is CONTINUED from December 10, 2007, to January 14, 2008.

Counsel are advised that the court expects this case to be concluded within the time set by this order.

DONE this 27th day of November, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE