IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 3:06cr126-WHA |
| JOHN JENNINGS, II ) | |

### **ORDER**

This case is before the court on the Unopposed Motion to Continue Trial (Doc. #80), filed by the Defendant on December 20, 2007.

For the reason that additional time is needed for the parties to negotiate an appropriate plea agreement, the court finds that the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, the motion is GRANTED, and it is hereby

ORDERED that the trial of this case is CONTINUED from the term commencing January 14, 2008, to the term commencing February 11, 2008, in **OPELIKA, Alabama**.

DONE this 26th day of December, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE