IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 3:06cr126-WHA |
| JOHN JENNINGS, II ) | |

**ORDER**

    This case is before the court on the Unopposed Motion to Continue Trial (Doc. #85), filed by the Defendant on February 1, 2008.

    For the reason that additional time is needed to further assess a proper institutional placement to accommodate the Defendant's mental health problems, in anticipation of a guilty plea, the court finds that the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, the motion is GRANTED, and it is hereby

    ORDERED that trial of this case is CONTINUED from the term of court commencing February 11, 2008, and RESET for the term of court commencing March 3, 2008, in Opelika, Alabama.

    DONE this 4th day of February, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE