IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
        v.                        )      CR. NO.: 3:06cr126-WHA
                                  )
JOHN JENNINGS, II                 )

### ORDER ON MOTION

On 4 January 2008, Defendant filed an Unopposed Motion to Continue Change of Plea Hearing (Doc. #87).  Upon consideration of Defendant's motion, it is

ORDERED that Defendant's motion (Doc. #87) is GRANTED.   The change of plea hearing currently set for 5 February 2008, is now set for 25 February 2008 at 9:30 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge.

Done this 5th day of February, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATE MAGISTRATE JUDGE