To: Judge Albritton
In care of
Rena Ross
The Public Defender's Office
201 Monroe St.
Suite 407
Montgomery, Alabama 36104

David and Jennifer Chilton
2004 Seneca Court
League City, TX
77573

May 11, 2008

Dear Judge Albritton,

This letter is intended to render supporting information to help you understand a few things about John Jennings. It is our understanding that you will be presiding over his sentencing on May 28, 2008. My name is David Chilton and my wife is Jennifer. We are professionals and are not biologically related to Johnny.

My family met John (Johnny) at Ed White Memorial Charter High School (2000-2003) where he attended school along with our son. Our son befriended Johnny and although they did not have a lot of experiences out of the school setting they did have enough interaction for my wife, Jennifer, and I to get a good idea of how significant Johnny's psychological limitations were and are.

Johnny has, for as long as we have known him, had a very weak grasp on the reality of the world in which he lives. To compound this inability to comprehend his environment, and his mental instability, his home life was extremely chaotic and sometimes violent. In light of these elements, one thing Johnny constantly sought was someone to demonstrate or show compassion for him. Due to his inability to decipher the reality of how relationships develop or work, he sometimes seemed to go about it in a rather socially unacceptable way. As far as our experiences with Johnny, through the Ed White Memorial Charter High School, he was never, nor have we ever thought he would be a threat to society at large. Ed White Memorial Charter High School was a small school and so it was easy to get to know who all the students were. Johnny stood out because he required a lot of emotional support from his teachers and anyone who would take the time to listen to him. He was hard working and was always polite and helpful to his teachers.

Our understanding of his incarceration is that it is the result of a series of very poor decisions that Johnny made in his quest to find someone who cares for him. We do not know all the specific events that have led to his present predicament, but we know one thing for sure, Johnny is not a violent or dangerous person, just somewhat delusional and extremely lonely and starved for human compassion. Johnny's time in prison has been very traumatic for him and this experience thus far serves as a very strong deterrent to his intentions to do anything that would get him back to where he is now.

I understand that Rene Ross of the Public Defender's Office has secured a medical professional and a facility that can take Johnny on as a patient to help him understand the world in which he lives. It would be more of a service to society to rehabilitate Johnny in a facility that specializes is cases similar to Johnny's, then to have Johnny serve out the remainder of his sentence in prison which may not yield the dividends that would serve society and more specifically to teach Johnny the appropriate way to lead the rest of his life. The crime Johnny is guilty of is seeking affection in an inappropriate manner. If he had the mental capacity we all have and probably take for granted, perhaps he would never have committed the infraction that has landed him where he is today.

We hope this outline of our perceptions of Johnny will help you make a decision that will benefit Johnny and society. In High School, Johnny appeared to have emotional and learning disabilities, which now seem to have gotten in the way of his decision making processes. His family life has been erratic and unable to provide Johnny with the help he so badly needs. Johnny is a very fragile individual who does not have many people to provide him support either emotionally or financially. The rehabilitation program identified by the Public Defender may be Johnny's last chance to have a normal future. Please keep these observations in mind when you come to making your decision regarding Johnny's future.

Most sincerely,

*David Chilton*   *Jennifer Meek-Chilton*

David Chilton, BSc, MSc, CCRA and Jennifer Meek-Chilton, BS, MS